| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| ASBERRY BARRY POSTELL, | § | |
|---|---|---|
| Plaintiff, | § | |
| versus | § | CIVIL ACTION NO. 1:17-CV-12 |
| UNIT DOCTOR, *et al.*, | § | |
| Defendants. | § | |

# MEMORANDUM ORDER OVERRULING OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, Asberry Barry Postell, an inmate confined at the Mark Stiles Unit with the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against several defendants.

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends denying plaintiff's motion for preliminary injunction and motion for evidentiary hearing (docket entry nos. 40 & 42).

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, and pleadings. Plaintiff filed objections to the Magistrate Judge's Report and Recommendation. This requires a *de novo* review of the objections in relation to the pleadings and the applicable law. *See* FED. R. CIV. P. 72(b). After a careful review, this court finds the objections lacking in merit.

**ORDER**

Accordingly, the objections of the plaintiff are **OVERRULED**. The findings of fact and conclusions of law of the Magistrate Judge are correct, and the report of the Magistrate Judge is **ADOPTED.**

**Signed this date**
Aug 30, 2018

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE